1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: MRobles@shookandstone.com

10

Attorneys for Plaintiff Brenda Qualls

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA QUALLS, | Case No.: 2:23-cv-01071-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Brenda Qualls and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 11, 2023 to November 10, 2023, for

-1-

Plaintiff to send her Brief with all other dates in the Court's order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 10, 2023        Respectfully submitted,

                                     LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                     /s/ *Marc V. Kalagian*
                         BY: _____
                                     Marc V. Kalagian
                                     Attorney for plaintiff Brenda Qualls

DATE: October 10, 2023        JASON M. FRIERSON
                                     United States Attorney

                                     /s/ *Franco L. Becia*
                         BY: _____

                                     Franco L. Becia
                                     Special Assistant United States Attorney
                                     |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE:  10/12/2023        _____
                                     THE HONORABLE BRENDA WEKSLER
                                     UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:23-CV-01071-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 11, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____