1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar No. 7709
3  MICHONNE L. OMO (IL 6309833)
Special Assistant United States Attorney
4  Office of Program Litigation, Office 7
Office of the General Counsel
5  Social Security Administration
6401 Security Boulevard
6  Baltimore, MD 21235
Telephone: (510) 970-4845
7  michonne.omo@ssa.gov

8  Attorneys for Defendant

9

10

12                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
13

14

BRENDA QUALLS,                          Civil No. 2:23-cv-01071-BNW
15
              Plaintiff,
16
       vs.
17
KILOLO KIJAKAZI, Acting Commissioner    UNOPPOSED MOTION FOR EXTENSION OF
18  of Social Security,                  TIME TO FILE ANSWERING BRIEF (*FIRST
                                         REQUEST*)
19            Defendant.

20       Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the

21  "Commissioner"), by and through her undersigned attorneys, hereby moves for a 49-day

22  extension of time to file her response to Plaintiff's opening brief. The answering brief is due to

23  be filed by December 8, 2023. This is the Commissioner's first request for an extension of time

24  to file the response.

25

1    Defendant submits that good cause exists for this extension request because the attorney

2  tasked with writing the response has several successive deadlines through December and

3  January, many of which have already been extended, and needs sufficient time to review the

4  record, evaluate the issues raised in Plaintiff's opening brief, and prepare Defendant's response.

5  In addition, the undersigned attorney has scheduled leave spanning the end of December and

6  beginning of January. Defendant's counsel will endeavor to complete these tasks as soon as

7  possible. This request is made in good faith and with no intention to unduly delay the

8  proceedings, and counsel apologizes for any inconvenience. Accordingly, Defendant requests an

9  extension in which to respond to file the response until January 26, 2024.

10    The undersigned conferred with Plaintiff's counsel, who confirmed on November 30,

12  2023, that Plaintiff has no objection to the requested extension.

13    It is therefore respectfully requested that Defendant be granted an extension of time to

14  file the response to Plaintiff's motion to remand, through and including January 26, 2024.

15    DATED November 30, 2023

16                                        Respectfully submitted,

17                                        JASON M. FRIERSON
                                          United States Attorney
18
                                          By: s/ *Michonne L. Omo*
19                                        MICHONNE L. OMO
                                          Special Assistant United States Attorney
20                                        Office of Program Litigation, Office 7

21                                        Attorneys for Defendant

22

23

24

25

1

2          IT IS SO ORDERED:

3          _____
          UNITED STATES MAGISTRATE JUDGE

4          DATED:  12/1/2023 _____

5

6

7

8

9

10

12

13

14

15

16

17

18

19

20

21

22

23

24

25