JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MICHONNE L. OMO (IL 6309833)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4845
michonne.omo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA QUALLS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARTIN O'MALLEY, Commissioner of<br>Social Security,[1]<br><br>                    Defendant. | Civil No. 2:23-cv-01071-BNW<br><br><br>UNOPPOSED MOTION FOR EXTENSION OF<br>TIME TO FILE ANSWERING BRIEF *(SECOND REQUEST)* |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by

2  and through his undersigned attorneys, hereby moves for a 31-day extension of time to file his

3  response to Plaintiff's opening brief. The answering brief is due to be filed by January 26, 2024.

4  This is the Commissioner's second request for an extension of time to file the response.

5    Defendant submits that good cause exists for this extension request because undersigned

6  attorney has identified several issues in raised in Plaintiff's brief that require additional time to

7  evaluate and review the defensibility of the case. Defendant's counsel will endeavor to complete

8  these tasks as soon as possible. This request is made in good faith and with no intention to

9  unduly delay the proceedings, and counsel apologizes for any inconvenience. Accordingly,

10 Defendant requests an extension in which to respond to file the response until February 26, 2024.

12   The undersigned conferred with Plaintiff's counsel, who confirmed on January 25, 2024,

13 that Plaintiff has no objection to the requested extension.

14   It is therefore respectfully requested that Defendant be granted an extension of time to

15 file the response to Plaintiff's motion to remand, through and including February 26, 2024.

16   DATED January 25, 2024

17                                            Respectfully submitted,

18                                            JASON M. FRIERSON
                                             United States Attorney
19
                                             By: s/ *Michonne L. Omo*
20                                           MICHONNE L. OMO
                                             Special Assistant United States Attorney
21                                           Office of Program Litigation, Office 7

22                                           Attorneys for Defendant

23

24

25

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:  1/26/2024